UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>Plaintiff,<br><br>v.<br><br>MARK EQUIPMENT CORPORATION,<br>Defendant, | CIVIL ACTION NO.<br>05-11047-RGS |

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as counsel of record for the Plaintiff, Carol Blanchard, on the ground that he will no longer be associated with the law firm of Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E. Dwyer, Esquire, will continue to represent the Plaintiff in this action.

For the Plaintiff,
Carol Blanchard, Executive Director
of the Teamsters Union 25 Health
Services & Insurance Plan,
By her attorneys,

Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: July 12, 2005
f:\l25hsip\mark2005\pldgs\bmm.not.wd.app.doc

CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Mark Equipment Corporation, 126 Old Page Road, Stoughton, Massachusetts 02072, this 12th day of July, 2005.

Brian M. Maser