## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAROL BLANCHARD, EXECUTIVE DIRECTOR** ) <br> **of the TEAMSTERS UNION 25 HEALTH SERVICES** ) <br> **AND INSURANCE PLAN,** ) <br> ) <br> Plaintiff, ) <br> ) <br> **v.** ) <br> ) <br> **MARK EQUIPMENT, CORP.,** ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> **EASTERN BANK,** ) <br> Trustee. ) | **CIVIL ACTION NO.** <br> **05-11047-RGS** |

### NOTICE OF AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Carol Blanchard

hereby amends her complaint in the above captioned matter in the following particulars:

By deleting in Paragraph 9, line 2 everything after the word through and  inserting in its

place the following words: "July 2005, totaling approximately $21,360.";

Paragraph 9 of the complaint then reading as follows:

9.    The defendant has been delinquent in payment of its contributions for the period of
January 2005 through July 2005, totaling approximately $21,360.

An original amended complaint, containing the foregoing amendments is filed and served

herewith.

For the Plaintiff,
**CAROL BLANCHARD,**
**EXECUTIVE DIRECTOR,**
**TEAMSTERS UNION 25 AND HEALTH**
**SERVICES AND INSURANCE PLAN,**
By her attorney,

Matthew E. Dwyer
B.B.O. #139840
Dwyer, Duddy & Facklam, P.C.
Two Center Plaza; Suite 430
Boston, MA  02108-1804
(617) 723-9777

Dated: _____ 8/25/05

f:\l25hsip\mark2005\plds\not.amend.complaint.doc

## CERTIFICATE OF SERVICE

I, Matthew E. Dwyer, Esquire, do hereby certify that I have served a true and accurate copy of the foregoing document upon Pam Gourdin-Gale, Mark Equipment Corporation, 126 Old Page Street, Stoughton, MA 02072, via first class mail, postage pre-paid, this 21 day of August, 2005.

Matthew E. Dwyer