UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE
TEAMSTERS UNION 25 HEALTH SERVICES AND
INSURANCE PLAN

V.     CIVIL ACTION NO. 05-11047-RGS

MARK EQUIPMENT CORPORATION

# O R D E R

STEARNS, DJ.     MARCH 6, 2006

PLAINTIFF'S COUNSEL IN THE ABOVE-ENTITLED ACTION IS HEREBY ORDERED TO FILE A WRITTEN "STATUS REPORT" WITH THIS COURT, ON OR BEFORE **MARCH 17, 2006.**

FAILURE TO COMPLY WILL RESULT IN IMMEDIATE DISMISSAL OF THE CASE.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
Deputy Clerk

TO: Attys. Maser, Dwyer.