UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR ) <br> of the TEAMSTERS UNION 25 ) <br> HEALTH SERVICES & INSURANCE PLAN, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK EQUIPMENT CORPORATION, ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> EASTERN BANK, ) <br> Trustee. ) | CIVIL ACTION NO. <br> 05-11047-RGS |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the Plaintiff Carol

A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan.


For the Plaintiff,
**Carol A. Blanchard, Executive Director
of the Teamsters Union 25 Health
Services and Insurance Plan,**
By her attorney,


Brian P. Fox
BBO# 663927
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: March 21, 2006