March 24, 2006

Judge Richard G. Stearns
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

      Re:    **Blanchard v. Mark Equipment**
               United States District Court
               C.A. No. 05-11047-RGS

Dear Judge Stearns:

      As you requested, I am writing to give you a Status Report on the above captioned matter. I apologize for the delay in providing you with this report.

      You will note that the Plaintiff, Carol Blanchard, has now filed a Motion to Amend the Complaint and attached a draft of the Amended Complaint thereto. The grounds for this motion are that the amendments are necessary to reflect events occurring since the original complaint was filed and served and to present a more accurate, up-to-date claim against the Defendant. We have served the defendant with the motion and Amended Complaint by certified mail.

      Please let me know if you need any further information on this matter. Thank you for your consideration in this regard.

                                             Very truly yours,

                                             Brian P. Fox

/bpf