UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CAROL BLANCHARD

    V.                                                              CIVIL ACTION NO. 05-11047-RGS

MARK EQUIPMENT CORPORATION

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                          **APRIL 2, 2007**

THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR FAILURE OF THE PLAINTIFF TO PROSECUTE.

SO ORDERED.

                                                        RICHARD G. STEARNS
                                                        UNITED STATES DISTRICT JUDGE

                    **BY:**

                                                        /s/ Mary H. Johnson
                                                        _____
                                                                   **Deputy Clerk**